UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------X

Taylor Stephen, *an Infant by her Parent
and Natural Guardian Jamine Baptiste*, and
Jamine Baptiste, *Individually*,

                           Plaintiffs,        CV-08-338(CPS)(JO)

     - against -                       ORDER

Target Corporation and Target Corporation
at Gateway Mall,

                           Defendants.

----------------------------------------X

       No objections to the Report and Recommendation of Magistrate Judge Orenstein dated November 24, 2008 having been filed by the parties, the Report and Recommendation is hereby adopted. Counsel for the plaintiff is directed to serve a copy of the within on the defendant at its last known address, to file proof of service with the court, and to settle a judgment on notice in conformity with the Report and Recommendation not later than March 2, 2009.

       The Clerk is directed to transmit a copy of the within to all parties and to the assigned Magistrate Judge.

       SO ORDERED.

Dated :   Brooklyn, New York
           February 11, 2009

                                      s/Hon. Charles P. Sifton

                                      United States District Judge